# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-987-RPM-CBS

ROY SYLVESTER PARROTT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
BRETT CASSARO,
ERNEST ROMERO, and
CHARLES ROWE,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS BRETT CASSARO AND ERNEST ROMERO WITH PREJUDICE

    THE COURT having reviewed and considered the Motion to Dismiss Brett Cassaro and

Ernest Romero and being otherwise fully advised in the premises:

    HEREBY GRANTS the Motion to Dismiss Brett Cassaro and Ernest Romero with

00208893 / 1

prejudice with each party to pay its own fees and costs.

DATED this 14th day of July, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

00208893 / 1