IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   98-cv-00987-RPM

ROY SYLVESTER PARROTT,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____

ORDER FOR TRIAL SCHEDULING CONFERENCE

_____


At the pretrial conference held on July 15, 2005, the Court did not enter

the proposed pretrial order submitted by counsel because of an anticipated dispositive

motion to be filed by defendant Charles Rowe and the stipulated dismissal of

defendants Brad Cassaro and Earnest Romero.  Defendant Rowe did file a motion for

summary judgment which this Court has granted.  Accordingly, the only matter yet to be

resolved by trial is the claim against the United States under the Federal Tort Claims

Act which does not provide for jury trial.  The proposed pretrial order is inadequate for

that purpose.  Accordingly, it is now

ORDERED that a trial scheduling conference will be convened on **December

21, 2005, at 3:30 p.m.** in the Conference Room, Second Floor, the Byron White United

States Courthouse, 18th and Stout Streets, Denver, Colorado, for the purpose of the

1

development of a new pretrial order and discussion of trial efficiencies including the

matter of taking of the testimony of the incarcerated plaintiff.

DATED: October 27th, 2005

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge

Civil Action No.      98-cv-00987-RPM

I do hereby certify that I have mailed a copy of the attached to the following:

Dated: October 27, 2005

GREGORY C. LANGHAM, CLERK


s/ Leslie A. Martin
By_____
Deputy


Roy Sylvester Parrott #295932
Wallens Ridge State Prison
272 Dogwood Dr.
P.O. Box 759
Big Stone Gap, VA 24219