IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   98-cv-00987-RPM

ROY SYLVESTER PARROTT,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

       Pursuant to the Stipulation of Dismissal with Prejudice (Doc. 272) filed on August 10, 2006, it is

       ORDERED that this action is dismissed with prejudice, each party to bear its own attorney fees and costs, if any.

       DATED:  August 10th, 2006

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior District Judge

Civil Action No.    98-cv-00987-RPM

I do hereby certify that I have mailed a copy of the attached to the following:

Dated: August 10, 2006

                                GREGORY C. LANGHAM, CLERK

                                   s/ Leslie A. Martin
                         By_____
                                    Deputy

Roy Sylvester Parrott #295932
Wallens Ridge State Prison
272 Dogwood Dr.
P.O. Box 759
Big Stone Gap, VA 24219